IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:09-cr-00016 |
| ) | |
| MACARDELL DOBBINS, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Before the Court is Defendant's Motion to Reduce Sentence Pursuant to United States Sentencing Guidelines, Amendment 568, Document #85.

The Government shall file a response on or before November 1, 2012. Any reply shall be filed on or before November 22, 2012.

The Probation Office shall prepare a revised Presentence Report within thirty (30) days of the entry of this Order.

IT IS SO ORDERED.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge