IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 3:09-cr-00016 |
| MACARDELL DOBBINS, | ) | |
| Defendant. | ) | |

**O R D E R**

Before the Court is Mac Ardell Dobbins letter, Document #91, filed on January 14, 2013. The Probation office shall file a response on or before February 11, 2013.

It is so **ORDERED.**

Thomas A. Wiseman, Jr.
Senior United States District Judge